IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TIMOTHY W. OSBORNE, | * |
| Plaintiff, | * |
| v. | Case No. 4:24-CV-124 (CDL) |
| | * |
| Warden HATCHER, et al, | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 2/14/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of February, 2025.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk